

Molly C. Dwyer
Clerk of Court

Office of the Clerk
United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

AUG 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-5064 |
| Originating Case Number: | 2:21-cv-07065-PA-MRW |
| Short Title: | Fiedler, et al. v. United States of America |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number:         24-5064
Originating Case Number:   2:21-cv-07065-PA-MRW

Case Title:            Fiedler, et al. v. United States of America

**Monday, August 26, 2024**

| | |
|---|---|
| Nancy Fiedler | Mediation Questionnaire due |
| Matthew Guiney | Mediation Questionnaire due |
| Olga Faynshteyn | Mediation Questionnaire due |
| Katie Osborne | Mediation Questionnaire due |
| Christina Quitasol | Mediation Questionnaire due |
| Sarma Williams | Mediation Questionnaire due |
| Christine Alexandra Dignam | Mediation Questionnaire due |
| Jasmine Lord | Mediation Questionnaire due |
| Victoria E. Moore | Mediation Questionnaire due |
| Yuka Ohashi Merritt | Mediation Questionnaire due |
| Vikram Singh | Mediation Questionnaire due |
| Nina Huttegger | Mediation Questionnaire due |
| Yadira Alvarez | Mediation Questionnaire due |
| Sejay Tan | Mediation Questionnaire due |
| Eric Baltz | Mediation Questionnaire due |
| Anthony Beitzinger | Mediation Questionnaire due |
| Shruti Deopujari | Mediation Questionnaire due |
| Atlee Fritz | Mediation Questionnaire due |
| Seema Sharma | Mediation Questionnaire due |

| | |
|---|---|
| Margaret Strom | Mediation Questionnaire due |
| Richard X. Liu | Mediation Questionnaire due |
| Susana Solano Rosas | Mediation Questionnaire due |
| Ariel Takvam | Mediation Questionnaire due |
| Dominic Micael Selga | Mediation Questionnaire due |
| Robert Kurtz | Mediation Questionnaire due |
| Cherie McDonough | Mediation Questionnaire due |
| Jean Anne Allen | Mediation Questionnaire due |
| James Adamic | Mediation Questionnaire due |
| Angelika Adamic | Mediation Questionnaire due |
| Mark Adamic | Mediation Questionnaire due |
| Shirley Salika | Mediation Questionnaire due |
| Daniel Poh-Hock Chua | Mediation Questionnaire due |
| Ryan Sims | Mediation Questionnaire due |
| Cheng Leng Tan | Mediation Questionnaire due |
| Henry Garcia | Mediation Questionnaire due |
| Gregory Krashenny | Mediation Questionnaire due |

**Friday, October 4, 2024**

| | |
|---|---|
| Nancy Fiedler | Appeal Opening Brief (No Transcript Due) |
| Matthew Guiney | Appeal Opening Brief (No Transcript Due) |
| Olga Faynshteyn | Appeal Opening Brief (No Transcript Due) |
| Katie Osborne | Appeal Opening Brief (No Transcript Due) |
| Christina Quitasol | Appeal Opening Brief (No Transcript Due) |
| Sarma Williams | Appeal Opening Brief (No Transcript Due) |
| Christine Alexandra Dignam | Appeal Opening Brief (No Transcript Due) |
| Jasmine Lord | Appeal Opening Brief (No Transcript Due) |
| Victoria E. Moore | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| Yuka Ohashi Merritt | Appeal Opening Brief (No Transcript Due) |
| Vikram Singh | Appeal Opening Brief (No Transcript Due) |
| Nina Huttegger | Appeal Opening Brief (No Transcript Due) |
| Yadira Alvarez | Appeal Opening Brief (No Transcript Due) |
| Sejay Tan | Appeal Opening Brief (No Transcript Due) |
| Eric Baltz | Appeal Opening Brief (No Transcript Due) |
| Anthony Beitzinger | Appeal Opening Brief (No Transcript Due) |
| Shruti Deopujari | Appeal Opening Brief (No Transcript Due) |
| Atlee Fritz | Appeal Opening Brief (No Transcript Due) |
| Seema Sharma | Appeal Opening Brief (No Transcript Due) |
| Margaret Strom | Appeal Opening Brief (No Transcript Due) |
| Richard X. Liu | Appeal Opening Brief (No Transcript Due) |
| Susana Solano Rosas | Appeal Opening Brief (No Transcript Due) |
| Ariel Takvam | Appeal Opening Brief (No Transcript Due) |
| Dominic Micael Selga | Appeal Opening Brief (No Transcript Due) |
| Robert Kurtz | Appeal Opening Brief (No Transcript Due) |
| Cherie McDonough | Appeal Opening Brief (No Transcript Due) |
| Jean Anne Allen | Appeal Opening Brief (No Transcript Due) |

| | |
|---|---|
| James Adamic | Appeal Opening Brief (No Transcript Due) |
| Angelika Adamic | Appeal Opening Brief (No Transcript Due) |
| Mark Adamic | Appeal Opening Brief (No Transcript Due) |
| Shirley Salika | Appeal Opening Brief (No Transcript Due) |
| Daniel Poh-Hock Chua | Appeal Opening Brief (No Transcript Due) |
| Ryan Sims | Appeal Opening Brief (No Transcript Due) |
| Cheng Leng Tan | Appeal Opening Brief (No Transcript Due) |
| Henry Garcia | Appeal Opening Brief (No Transcript Due) |
| Gregory Krashenny | Appeal Opening Brief (No Transcript Due) |

**Monday, November 4, 2024**

| | |
|---|---|
| United States of America | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**