# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**

**Case Name**

**Counsel submitting this form**

**Represented party/parties**

*Briefly describe the dispute that gave rise to this lawsuit.*

---

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                                                         *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

Appellants' SIAA action charges that Coast Guard ("CG") inspectors improperly certified CONCEPTION for operation as a "small passenger vessel" under Subchapter T of the Coast Guard Regulations, 46 C.F.R. Parts 175-186, while that vessel's galley, salon, and weather decks were outfitted with such obvious fire hazards as plastic trash cans, plastic garden chairs, and non-marine wiring. The CG, in turn, has invoked the discretionary-function exception ("DFE"), 46 U.S.C. § 30903(a), and moved to dismiss Appellants' SIAA action for lack of subject matter jurisdiction with a "speaking motion" under Fed. R. Civ. P. 12(b)(1). The trial court decided that motion without a hearing and granted it after finding in the face of conflicting evidence that the CG's omissions were protected by the DFE. There are two main issues on appeal;

1) Did the trial court err when it declined to decide the CG's motion under the summary judgment standard set forth in FRCP 56 but weighed the parties' opposing evidence and made findings of fact?

2) Did the trial court err when it concluded from the parties' opposing evidence that the CG's decision to certify CONCEPTION as safe for operation despite obvious on-board fire hazards was the type of social, economic, or political-policy decision that the DFE was designed to protect?

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

Although there are several related proceedings in other State and Federal tribunals, none of them bear directly on this appeal.

Since Appellants' SIAA action was dismissed at the very outset of the case after limited discovery on the basis of a threshold jurisdictional ruling, substantial proceedings -- including further discovery, additional law-and-motion disputes, and a trial on the merits -- remain to be completed should the case be remanded.

**Signature** ______ **Date** ______

*(use* "s/[typed name]" *to sign electronically-filed documents)*