24-5064

**RECEIVED**
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AUG 2 6 2024

FILED_____
DOCKETED_____
　　　　DATE　　　　INITIAL

Aurelio Edward Fields
Law Office of W Russell Fields
Suite 400
1792 Tribute Road
Sacramento, CA 95815



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## ATTENTION
## YOU ARE NOT REGISTERED FOR ELECTRONIC FILING

You are listed as counsel of record in this new appeal/petition but you are not registered for electronic filing with this Court. See Ninth Circuit Rule 25-5.

Until you register for electronic filing or provide the Court with proof of an exemption, you will not receive further notice of filings from the Court in this case, including important scheduling orders and orders requiring a response. Failure to respond to a Court order or otherwise meet an established deadline can result in the dismissal of the appeal for failure to prosecute by the Clerk pursuant to Ninth Circuit Rule 42-1, or other action adverse to your client.

Please register for electronic filing with the Court immediately or ensure that a registered attorney enter a notice of appearance and substitution for you as counsel of record in this appeal.

To register for electronic filing, and for more information about electronic filing in the Ninth Circuit, visit our website at
https://www.ca9.uscourts.gov/efiling/#section-registration

Case: 24-5064, 08/19/2024, DktEntry: 2.1, Page 1 of 5



**Molly C. Dwyer**
Clerk of Court

**Office of the Clerk**
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

**FILED**

AUG 19 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 24-5064 |
| Originating Case Number: | 2:21-cv-07065-PA-MRW |
| Short Title: | Fiedler, et al. v. United States of America |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

# TIME SCHEDULE ORDER

| | |
|---|---|
| Docket Number: | 24-5064 |
| Originating Case Number: | 2:21-cv-07065-PA-MRW |
| Case Title: | Fiedler, et al. v. United States of America |

**Monday, August 26, 2024**

| | |
|---|---|
| Nancy Fiedler | Mediation Questionnaire due |
| Matthew Guiney | Mediation Questionnaire due |
| Olga Faynshteyn | Mediation Questionnaire due |
| Katie Osborne | Mediation Questionnaire due |
| Christina Quitasol | Mediation Questionnaire due |
| Sarma Williams | Mediation Questionnaire due |
| Christine Alexandra Dignam | Mediation Questionnaire due |
| Jasmine Lord | Mediation Questionnaire due |
| Victoria E. Moore | Mediation Questionnaire due |
| Yuka Ohashi Merritt | Mediation Questionnaire due |
| Vikram Singh | Mediation Questionnaire due |
| Nina Huttegger | Mediation Questionnaire due |
| Yadira Alvarez | Mediation Questionnaire due |
| Sejay Tan | Mediation Questionnaire due |
| Eric Baltz | Mediation Questionnaire due |
| Anthony Beitzinger | Mediation Questionnaire due |
| Shruti Deopujari | Mediation Questionnaire due |
| Atlee Fritz | Mediation Questionnaire due |
| Seema Sharma | Mediation Questionnaire due |

CLERK, U.S. COURT OF APPEALS
FOR THE NINTH CIRCUIT
P.O. BOX 193939
SAN FRANCISCO, CA 94119-3939

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE



SAN FRANCISCO CA 940
19 AUG 2024PM
LEGAL MAIL

quadient
FIRST-CLASS MAIL
IMI
$000.97
08/19/2024 ZIP 94103
043M31241397

US POSTAGE

# SPECIAL MAIL

**OPEN ONLY IN THE PRESENCE OF THE ADDRESS**

Aurelio Edward Fields
Law Office of W Russell Fields
Suite 400
1792 Tribute Road
Sacramento, CA 95815

NIXIE      958   FE 1        0008/22/24
        RETURN TO SENDER
     ATTEMPTED - NOT KNOWN
       UNABLE TO FORWARD

BC: 94119393939        *1240-96435-19-44