

| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br>FOR THE NINTH CIRCUIT | **FILED**<br>SEP 13 2024<br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

NANCY FIEDLER, Personal Representative of the Estate of Lisa Fiedler (Deceased); et al.,

    Plaintiffs - Appellants,

 v.

UNITED STATES OF AMERICA,

    Defendant - Appellee.

No. 24-5064

D.C. No. 2:21-cv-07065-PA-MRW
Central District of California, Los Angeles

ORDER

This case is released from the Mediation Program. Counsel are requested to contact the Circuit Mediator should circumstances develop that warrant settlement discussions.

FOR THE COURT:

By: Jonathan Westen
Circuit Mediator