UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)**: 24-5064

**Case Name**: Nancy Fiedler, et al. v. United States of America

**Requesting Party Name(s)**: All Plaintiffs/Appellants

**I am:**
○ The party requesting the extension.
⦿ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**
☒ Brief (*you must* also complete the Declaration on page 3)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated _____
☐ Other (*you must* describe the document)

**The requested new due date is**: December 16, 2024

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

I am responsible for the drafting of the Opening Brief and I have been working diligently to prepare the Opening Brief along with the Excerpts of Record and have spent more than 80 hours to date on this appeal. I also am responsible for preparing an Opening Brief in an appeal before the California Court of Appeal, Second Appellate District, Wedding [Dutcher] v. California Public Employees Retirement System, Case No.B332445 [brief due Oct. 27, deadline suspended on Oct. 7 for record correction]. See attached Declaration of Gretchen Nelson

**Signature**: /s/Gretchen M. Nelson      **Date**: 10/25/2024

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 14                                    1                          New 12/01/2018

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

    This motion is my [_____] request.
    *(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [_____].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [_____] **Date** [_____]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 14      2      New 12/01/2018

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the [Appellants' Opening] brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: November 4, 2024

3. The brief's first due date was: October 4, 2024

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   See attached Declaration of Gretchen Nelson

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion)*:

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.
   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** /s/ Gretchen M. Nelson     **Date** 10/25/2024
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                           3                           *New 12/01/2018*