No. 24-5064

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

NANCY FIEDLER, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of California
Case No. 2-21-cv-07065-PA-MRW
Hon. Percy Anderson

**DECLARATION OF GRETCHEN M. NELSON IN SUPPORT OF APPELLANTS' FORM 14. MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**

Gretchen M. Nelson (112566)
NELSON & FRAENKEL LLP
601 So. Figueroa, Suite 2050
Los Angeles, CA  90017
Telephone: (213) 622-6469
Telecopier:  (213)-622-6019
gnelson@nflawfirm.com
*One of Counsel for Plaintiffs-Appellants*

1

I, Gretchen M. Nelson, do hereby declare as follows:

1.  I am an attorney at law licensed to practice before the Courts of the State of California and this Court. I am one of the attorneys for Plaintiffs/Appellants in this case.

2.  This declaration is submitted in support of Plaintiffs/Appellants' motion for an extension of time to file the Opening Brief in this matter. I have personal knowledge of the facts set forth herein and if called to testify, I could and would testify competently.

3.  This is an appeal from the granting of a Rule 12(b)(1) motion to dismiss brought by the Defendant/Respondent, United States of America, based on discretionary function immunity in a case brought by one injured crew member and the heirs of thirty-four individuals who died when a dive boat caught fire off the coast of Santa Barbara in 2019.

4.  The issues presented are complex factually and legally and require extensive work to draft and finalize a cogent brief that will fully inform this Court of all issues including the numerous regulatory and statutory issues.

5.　　Plaintiffs/Appellants' notice of appeal was filed on August 14, 2024. This Court issued its briefing schedule on August 19, 2024, setting October 4, 2024, as the date by which the Opening Brief was first due to be filed. The Court thereafter granted Plaintiffs/Appellants' streamlined request for an extension to November 4, 2024, the date that the Opening Brief is currently due to be filed.

6.　　I have primary responsibility for drafting and finalizing the Opening Brief and I have been working diligently researching the issues. I have started drafting the Opening Brief. And, I am responsible for preparing the Excerpts of Record which comprise approximately 60 documents. To date I have spent more than 80 hours working on this appeal.

7.　　Additional time is needed to prepare the Opening Brief because among other things, I am responsible for the preparation of the Opening Brief in another matter pending in the California Court of Appeal, Second Appellate District, *Wedding [Dutcher] v. California Public Employees Retirement System*, Case No. B332445. In that case the Opening Brief was due on or about October 27, 2024, but briefing was stayed on October 7, 2024 due to an issue that arose as to the

3

record filed by the Los Angeles Superior Court. Notwithstanding the briefing stay, I have continued to work on that appeal because the brief will be due 30 days after the record is corrected which I anticipate will occur soon.

8. I have also had responsibilities with respect to the ongoing prosecution of claims brought in a case pending in the Los Angeles Superior Court styled *Fiedler, et al. v. Truth Aquatics, Inc., et al.*, Lead Case No. 21STCV08121 along with other cases pending in the Los Angeles Superior Court and San Bernardino Superior Court; and the prosecution of two cases pending in the U.S. District Court, Central District of California, *Velasco, et al. v. United Airlines, Inc.*, U.S.D.C. Case No. 2:23-CV-07344-ODW(SSCx) and *Dwinell, LLC, et al. v. McCullough, et al.,* U.S.D.C. Case No. 2:23-cv-10029-SB-KS. I am also responsible for drafting a complaint in a complicated consumer class action that I anticipate will be filed in November or December 2024.

9. The foregoing obligations have required time to prepare pleadings, take and defend depositions, draft documents including discovery necessary to prosecution of the claims as well as addressing the record issues and briefing in this and the other appeal. In addition,

4

I am the managing partner of my firm and have had responsibilities relating to financial and other issues with respect to the management of the firm that have required my time. I am a member of the Judicial Council of the State of California and have been appointed to two working groups, one regarding remote proceedings and the other addressing Artificial Intelligence. In addition to my regular responsibilities on the Judicial Council, participation in these workings groups has required that I prepare for and attend a number of additional meetings.

10. It is for the foregoing reasons, that I am requesting additional time to file the Opening Brief. I will continue to work diligently to draft and finalize the brief and respectfully request that the Court grant the requested extension that the Opening Brief be due on December 16, 2024.

11. On October 23, 2024, I informed Eric Kaufman-Cohen, counsel for the Defendant/Respondent, that I would be making this request. Mr. Kaufman-Cohen informed me that the Defendant/Respondent has no objection to the requested extension.

5

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 25th day of October, 2024, at Los Angeles, California.

_____
Gretchen M. Nelson