

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 31 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

NANCY FIEDLER, Personal Representative of the Estate of Lisa Fiedler (Deceased); et al.,

    Plaintiffs - Appellants,

 v.

UNITED STATES OF AMERICA,

    Defendant - Appellee.

No. 24-5064

D.C. No. 2:21-cv-07065-PA-MRW
Central District of California,
Los Angeles

ORDER

Appellants' unopposed motion (Docket Entry No. 17) for an extension of time to file the opening brief is granted.

The opening brief is due December 16, 2024. The answering brief is due January 15, 2025. The optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT