No. 24-5064

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NANCY FIEDLER, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of California
Case No. 2-21-cv-07065-PA-MRW
Hon. Percy Anderson

**DECLARATION OF GRETCHEN M. NELSON IN SUPPORT OF APPELLANTS' FORM 14 MOTION FOR FURTHER EXTENSION OF TIME TO FILE OPENING BRIEF**

Gretchen M. Nelson (112566)
NELSON & FRAENKEL LLP
601 So. Figueroa, Suite 2050
Los Angeles, CA  90017
Telephone: (213) 622-6469
Telecopier:  (213)-622-6019
gnelson@nflawfirm.com
*One of Counsel for Plaintiffs-Appellants*

1

I, Gretchen M. Nelson, do hereby declare as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of California and this Court. I am one of the attorneys for Plaintiffs/Appellants in this case.

2. This declaration is submitted in support of Plaintiffs/Appellants' motion for a further extension of time of 28 days to file the Opening Brief in this matter to January 13, 2024. I have personal knowledge of the facts set forth herein and if called to testify, I could and would testify competently.

3. This is an appeal from the granting of a Rule 12(b)(1) motion to dismiss brought by the Defendant/Respondent, United States of America, based on the discretionary function exception to the waiver of immunity in the Suits in Admiralty Act ("SIAA"), 46 U.S.C. §§ 30901-30918. This case was brought by one injured crew member and the heirs of thirty-four individuals who died when a dive boat caught fire off the coast of Santa Barbara in 2019.

4. On October 31, 2024, this Court graciously granted Plaintiffs' request for an extension of 42 days to file the Opening Brief pursuant to Form 14, setting the deadline to file the brief on December

2

16, 2024. (Dkt. 18.) On September 23, 2024, Plaintiffs were initially granted a 30-day streamlined extension to November 4, 2024, file the brief. (Dkt. 12.)

    5.    As I noted in my prior declaration (Dkt. 17) accompanying the Form 14 request for an extension that we filed on October 25, 2024, the issues presented in this case are complex factually and legally and require extensive work to draft and finalize a cogent brief that will fully inform this Court of all issues including the numerous regulatory and statutory issues. These include issues relating to the SIAA and its history, as well as the discretionary function exception found in the Federal Torts Claim Act ("FTCA"), 28 U.S.C. § 2680(a), which the district court applied in dismissing the case. In order to fully address the issues in this appeal, Plaintiffs are addressing the many facts relating to the Government's inspections of the vessel and that these facts demonstrate that they were mandatory duties directed by the Government and accordingly do not fall within the discretionary function exception. Further, there are additional issues including whether the district court properly ruled on the motion under Fed.R.Civ.P. Rule 12(b)(1) instead of treating the motion as one for

3

summary judgment, as well as the district court's refusal to continue the hearing to permit Plaintiffs to obtain additional discovery.

6.　　Plaintiffs/Appellants' notice of appeal was filed on August 14, 2024. This Court issued its briefing schedule on August 19, 2024, setting October 4, 2024, as the date by which the Opening Brief was first due to be filed. The Court thereafter granted Plaintiffs/Appellants' streamlined request for an extension to November 4, 2024. Thereafter, as noted above, this Court granted a further extension to December 16, 2024. (Dkt. 18.)

7.　　I have primary responsibility for drafting and finalizing the Opening Brief and I have been working diligently researching the issues and drafting the Opening Brief. I have an extensive working draft of the Opening Brief that is close to being a final draft. The draft is currently 65 pages in length. I have additional work to complete on two legal issues and I am pressing to complete the draft in order to transmit it to my co-counsel for their review and edits by the end of this week.

8.　　I am also responsible for preparing the Excerpts of Record ("Excerpts") which comprise approximately 60 documents. The

4

documents that will be included in the Excerpts are currently being consecutively numbered and the Index Volume has been prepared and the Excerpts will then be finalized for filing.

9. To date, I have spent more than 150 hours working on this appeal, including weekends and nights.

10. Additional time is needed to prepare the Opening Brief because among other things, in the past few months, I have also had responsibility for the Opening Brief in another matter pending in the California Court of Appeal, Second Appellate District, *Wedding [Dutcher] v. California Public Employees Retirement System*, Case No. B332445. Briefing was stayed on October 7, 2024 due to an issue that arose as to the record filed by the Los Angeles Superior Court. Notwithstanding, I continued to work on that appeal up until approximately one week ago when the parties reached a settlement in principle which is subject to Court approval.

11. I have also had responsibilities with respect to the ongoing prosecution of claims brought in a case pending in the Los Angeles Superior Court styled *Fiedler, et al. v. Truth Aquatics, Inc., et al.*, Lead Case No. 21STCV08121 along with other cases pending in the Los

5

Angeles Superior Court and San Bernardino Superior Court; and the prosecution of two cases pending in the U.S. District Court, Central District of California, *Velasco, et al. v. United Airlines, Inc.*, U.S.D.C. Case No. 2:23-CV-07344-ODW(SSCx) and *Dwinell, LLC, et al. v. McCullough, et al.,* U.S.D.C. Case No. 2:23-cv-10029-SB-KS. I am also responsible for drafting a complaint in a complicated consumer class action that I anticipate will be filed this month.

12. The foregoing obligations have required time to prepare pleadings, take and defend depositions, draft documents including discovery necessary to prosecution of the claims as well as addressing the record issues and briefing in this appeal. I am also the managing partner of my firm and have had responsibilities relating to financial and other issues with respect to the management of the firm that have required my time. To this end, one of my partners had emergency back surgery in November and was out of the office for the entire month of November and has only just returned to the office. His absence required that I step in to assist on his case load.

13. Further, independent of my work obligations, my older sister who resides in Pasadena, was hospitalized on November 16, 2024, and

6

has remained hospitalized since then. She has no family other than me and our other sister who resides in Connecticut. Although she is making progress medically, I have been visiting her almost daily and attending to many issues relating to her care, including working on locating assisted living locations for her to transfer to when she is released and making certain that her personal issues such as rent, bills and other items are attended to. This has caused limitations in the time available to work on this appeal.

14. For the foregoing reasons, I respectfully request additional time to file the Opening Brief. Although I have made extensive progress, given the need to circulate and coordinate edits and thoughts from my colleagues and the fact that the holidays are upcoming and will limit time available, I respectfully request that the Court continue the date by which the Opening Brief is due to January 13, 2025 which is 28 days from the current deadline.

15. On December 9, 2024, I informed Eric Kaufman-Cohen, counsel for the Defendant/Respondent, that I would be making this request. Mr. Kaufman-Cohen informed me that the Defendant/Respondent has no objection to the requested extension.

7

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 9th day of December, 2024, at Los Angeles, California.

_____
Gretchen M. Nelson