No. 24-5064

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

NANCY FIEDLER, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA,

*Defendant-Appellee.*

_____

On Appeal from the United States District Court

for the Central District of California

Case No. 2-21-cv-07065-PA-MRW

Hon. Percy Anderson

**DECLARATION OF GRETCHEN M. NELSON IN SUPPORT OF APPELLANTS' FORM 14 MOTION FOR FURTHER EXTENSION OF TIME TO FILE OPENING BRIEF**

Gretchen M. Nelson (112566)
NELSON & FRAENKEL LLP
601 So. Figueroa, Suite 2050
Los Angeles, CA  90017
Telephone: (213) 622-6469
Telecopier:  (213)-622-6019
gnelson@nflawfirm.com
*One of Counsel for Plaintiffs-Appellants*

1

I, Gretchen M. Nelson, do hereby declare as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of California and this Court. I am one of the attorneys for Plaintiffs/Appellants in this case.

2. This declaration is submitted in support of Plaintiffs/Appellants' motion for a further extension of time of 7 days (one week) to file the Opening Brief in this matter to January 20, 2025. I have personal knowledge of the facts set forth herein and if called to testify, I could and would testify competently.

3. This is an appeal from the granting of a Rule 12(b)(1) motion to dismiss brought by the Defendant/Respondent, United States of America, based on the discretionary function exception to the waiver of immunity in the Suits in Admiralty Act ("SIAA"), 46 U.S.C. §§ 30901-30918. This case was brought by one injured crew member and the heirs of thirty-four individuals who died when a dive boat caught fire off the coast of Santa Barbara in 2019.

4. On September 23, 2024, Plaintiffs were initially granted a 30-day streamlined extension to November 4, 2024, file the brief. (Dkt. 12.) On October 31, 2024, this Court graciously granted Plaintiffs'

2

request for an extension of 42 days to file the Opening Brief pursuant to Form 14, setting the deadline to file the brief on December 16, 2024. (Dkt. 18.) Thereafter, on December 10, 2024, the Court graciously granted a further twenty-eight day extension to file the brief. (Dkt. 20.)

     5.    As I noted in my prior declarations (Dkt. 17 and 19) accompanying the Form 14 requests for an extension, the issues presented in this case are complex factually and legally and require extensive work to draft and finalize a cogent brief that will fully inform this Court of all issues including the numerous regulatory and statutory issues. These include issues relating to the SIAA and its history, as well as the discretionary function exception found in the Federal Torts Claim Act ("FTCA"), 28 U.S.C. § 2680(a), which the district court applied in dismissing the case. To fully address the issues in this appeal, Plaintiffs are addressing the many facts relating to the Government's inspections of the vessel and that these facts demonstrate that they were mandatory duties directed by the Government and accordingly do not fall within the discretionary function exception. Further, there are additional issues including whether the district court properly ruled on the motion under Fed.R.Civ.P. Rule 12(b)(1) instead of

3

treating the motion as one for summary judgment, as well as the district court's refusal to continue the hearing to permit Plaintiffs to obtain additional discovery.

6.　　Plaintiffs/Appellants' notice of appeal was filed on August 14, 2024. This Court issued its briefing schedule on August 19, 2024, setting October 4, 2024, as the date by which the Opening Brief was first due to be filed. The Court thereafter granted Plaintiffs/Appellants' streamlined request for an extension to November 4, 2024. Thereafter, as noted above, this Court granted a further extension to December 16, 2024. (Dkt. 18.) And, on December 10, 2024, the Court granted a further extension to January 13, 2025. (Dkt. 20.)

7.　　I have primary responsibility for drafting and finalizing the Opening Brief and I have been working diligently researching the issues and drafting the Opening Brief. I have completed a draft of the Opening Brief and I have circulated the draft to my co-counsel for their review and comments.

8.　　I am also responsible for preparing the Excerpts of Record ("Excerpts"). The Excerpts have been finalized and are ready for filing. I have also circulated those documents to my co-counsel.

4

9. To date, I have spent more than 350 hours working on this appeal, including weekends and nights.

10. We anticipate and are working to complete and file the Opening Brief and the Excerpts by the current deadline of January 13, 2025. However, we are seeking one additional week to January 20, 2025 to complete and file the brief in the event that unforeseen issues arise that may require additional time. Given the Court's request that extension requests be made seven days prior to the deadline, this request is being made at this time out of an abundance of caution.

11. For the foregoing reasons, I respectfully request that the Court continue the date by which the Opening Brief is due to January 20, 2025, which is 7 days from the current deadline of January 13, 2025.

12. On January 6, 2025, I contacted Eric Kaufman-Cohen and Scott Perrygo, who are counsel for the Defendant/Respondent, and inquired if they had any objection to this request. Mr. Kaufman-Cohen

5

informed me that the Defendant/ Respondent has no objection to the requested extension.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 6th day of January 2025, at Los Angeles, California.

//s// Gretchen M. Nelson
Gretchen M. Nelson
