No. 24-5064

IN THE UNITED STATES COURT OF
APPEALS FOR THE NINTH CIRCUIT

NANCY FIEDLER, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA,

*Defendant-Appellee.*

On Appeal from the United States District Court for the

Central District of California

Case No. 2-21-cv-07065-PA-MRW

Hon. Percy Anderson

**SUPPLEMENTAL DECLARATION OF GRETCHEN M. NELSON IN SUPPORT OF APPELLANTS' FORM 14 MOTION FOR FURTHER EXTENSION OF TIME TO FILE OPENING BRIEF (ECF NO. 21.1)**

Gretchen M. Nelson (112566)
NELSON & FRAENKEL LLP
601 So. Figueroa, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 622-6469
Telecopier: (213)-622-6019
*One of Counsel for Plaintiffs-Appellants*

I, Gretchen M. Nelson, do hereby declare as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of California and this Court. I am one of the attorneys for Plaintiffs/ Appellants in this case.

2. This supplemental declaration is submitted in further support of Plaintiffs/ Appellants' motion for a final extension of time of 7 days (one week) to file the Opening Brief in this matter to January 20, 2025. I have personal knowledge of the facts set forth herein and if called to testify, I could and would testify competently.

3. As I explained in my earlier declaration, I have primary responsibility for drafting and finalizing the Opening Brief, and I have been working diligently researching the issues and drafting the Opening Brief. I have completed a draft of the Opening Brief and I have circulated the draft to my co-counsel for their review and comments.

4. On Tuesday, January 7, 2025, I was evacuated from my home at 3649 Monterosa Drive, in Altadena California on account of the approach of the Eaton Canyon wild fire. Like so many others in the greater Los Angeles Area, at present, I do not know whether my home is still standing.

5. Even if my home survives, my current displacement will make it difficult if not impossible to finalize the Opening Brief by its present due date.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 8th day of January 2025, at Los Angeles, California.

/s/ <u>Gretchen M. Nelson</u>
Gretchen M. Nelson