Docket No. 24-5064
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
_____

NANCY FIEDLER, et al.,

*Appellants,*

versus

UNITED STATES OF AMERICA,

*Appellee.*

_____

On Appeal from the United States District Court
for the Central District of California
U.S.D.C. Case No. 2-21-cv-07065-PA-MRW
Hon. Percy Anderson, Judge

═══════════════════════════════════════

**APPELLANTS' NOTICE OF PROVISIONAL UNDER SEAL FILING AND NOTICE OF INTENT TO FILE A DOCUMENT PUBLICLY THAT WAS SUBJECT OF A SEAL BELOW**

═══════════════════════════════════════

Gretchen M. Nelson (112566)
NELSON & FRAENKEL LLP
601 So. Figueroa, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 622-6469
Telecopier: (213)-622-6019
gnelson@nflawfirm.com

*Counsel for Plaintiffs-Appellants – Add'tl Counsel on Signature Page*

1

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE THAT**

pursuant to Federal Rule of Appellate Procedure 27 and Ninth Circuit Rule 27- 13(f), Plaintiffs-Appellants hereby file provisionally under seal the following document in Appellants' Excerpts of Record Volume 5: 197-pages from the ATF Report along with its attachments ("ATF Report").[1] (See Addendum attached hereto [District Court Order Granting Plaintiffs' Application for Leave to File Documents Under Seal, ECF No. 102].)

PLEASE TAKE FURTHER NOTICE that Defendant-Appellee may file a motion within 21 days of this notice to seek appropriate relief concerning the sealing of the ATF Report. If no such motion is filed, or if no notice pursuant to Rule 27-13(d) is submitted, the provisional seal will be lifted without notice and the documents will be made available to the public.

---

[1] Plaintiffs were only provided 197 pages of the 875-page ATF report. (2 E.R. 183 ¶5 – 185 ¶8.)

2

Respectfully submitted,

NELSON & FRAENKEL LLP


By: /s/ Gretchen M. Nelson
   Gretchen M. Nelson

John R. Hillsman (71220)
McGuinn Hillsman & Palefsky
220 Jackson Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 421-9292
Telecopier: (415) 403-0202
jrhillsman@mhpsf.com


Todd Abbott
ABBOTT & ABBOTT LAW
2127 Olympic Parkway, # 1006-348
Chula Vista, CA 91915
Tel: (619) 578-3429
Email: tmabbottlaw@gmail.com

Cory Itkin
ARNOLD & ITKIN LLP
6609 Memorial Dr.
Houston, TX 77007-7035
Tel: 713-222-3800
Fax: 713-222-3850
Email: citkin@arnolditkin.com

A. Edwards Fields
W. Russell Fields
W. Van Fields

3

LAW OFFICES OF W. RUSSELL FIELDS
1792 Tribute Road, Suite 400
Sacramento, CA 95815
Tel: (916) 646-6100
Fax: (916) 646-8769
Email: ed@russfieldslaw.com
russ@russfieldslaw.com
van@russfieldslaw.com

Jennifer Fiore
Sophia Achermann
FIORE ACHERMANN
340 Pine Street, Suite 503
San Francisco, CA 94104
Tel: (415)550-0650
Email: sophia@thefafirm.com
jennifer@thefafirm.com

Ilya Frangos
GALINE, FRYE, FITTING & FRANGOS
411 Borel Avenue, Suite 405
San Mateo, CA 94402
Telephone: (650) 345-8484
Facsimile: (650) 345-9875
Email: ifrangos@gff-law.com

Kevin Mahoney
Daniel Rose
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, NY 10017
Tel: (212) 687-8181
Fax: (212) 972-9432
Email: kmahoney@kreindler.com
drose@kreindler.com

Robert J. Mongeluzzi
Jeffrey P. Goodmam

4

E. Douglas Disandro, Jr.
SALTZ MONGELUZZI & BENDESKY P.C.
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: 215-496-8282
Fax: 215-496-0999
Email:
rmonteluzzi@smbb.com
jgoodman@smbb.com
ddisandro@smbb.com

Theodore Poppinga
SCHUERING ZIMMERMAN & DOYLE, LLP
400 University Avenue
Sacramento, CA 95825
Tel: (916)567-0400
Fax: (916) 568-0400
Email:  tdp@szs.com

Michael A. Kelly
Matthew Davis
Spencer Pahlke
WALKUP, MELODIA, KELLY &
SCHOENBERGER
650 California Street, 26th Floor
San Francisco, CA 94108
Tel: 415-981-7210
Fax: 415-391-6965
Email: mdavis@walkuplawoffice.com
mkelly@walkuplawoffice.com
spahlke@walkuplawoffice.com

5

# ADDENDUM

GRETCHEN M. NELSON, SBN 112566
gnelson@nflawfirm.com
CARLOS F. LLINAS NEGRET, SBN 284746
cllinas@nflawfirm.com
NELSON & FRAENKEL, LLP
601 S. Figueroa St., Suite 2050
Los Angeles, CA 90017
Tel. No.: (844) 622 – 6469
Fax No. (213) 622 - 6019

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of LISA FIEDLER (Deceased), et al.<br><br>Plaintiffs,<br>v.<br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:21-cv-07065-PA-PVC<br><br>Honorable Percy Anderson<br><br>ORDER GRANTING PALINTIFFS' APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL |

    Having carefully considered the Plaintiffs' Application for Leave to File Documents under Seal Pursuant to Local Rule 79-5.2.2(a), the Court hereby rules as follows: The Application is Granted.

    Plaintiffs have leave to file under seal the following document in support of their Response in Opposition to Defendant United States of America's Motion to Dismiss for Lack of Personal Jurisdiction: Exhibit 2 to the Declaration of John Hillsman consisting of the 197-page ATF Report and attachments.

    IT IS SO ORDERED.

    DATED: July 9, 2024

                                                Percy Anderson
                                      United States District Judge