No. 24-5064

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

NANCY FIEDLER, et al.,
*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Central District of California
Case No. 2:21-cv-07065-PA-MRW
Hon. Percy Anderson

## APPELLANTS' EXCERPTS OF RECORD

**Index Volume**

Gretchen M. Nelson (112566)
NELSON & FRAENKEL LLP
601 So. Figueroa, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 622-6469
Telecopier: (213)-622-6019
gnelson@nflawfirm.com

John R. Hillsman (71220)
MCGUINN HILLSMAN & PALEFSKY
220 Jackson Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 421-9292
Telecopier: (415) 403-0202
jrhillsman@mhpsf.com

*Counsel for Plaintiffs-Appellants – Add'tl Counsel on Sig. Page of Brief*

1

# INDEX

| Document | File Date | USDC Dkt. No. | ER No. |
|---|---|---|---|
| **Volume 1 of 5** | | | |
| Judgment of Dismissal | 8/1/2024 | 111 | ER 2 |
| Order Granting Defendant's Motion to Dismiss | 8/1/2024 | 110 | ER 3-11 |
| **Volume 2 of 5** | | | |
| Plaintiffs' Opposition to Defendant's Motion to Strike and Undisputed Cross-Motion to Amend Their Statement of Disputed Material Facts (*Plaintiffs' Opposition to Motion to Dismiss*) | 7/29/2024 | 109 | ER 13-16 |
| Exhibit 1 to Plaintiffs' Opposition to Defendant's Motion to Strike and – Plaintiffs' Amended Statement of Disputed Material Facts and Undisputed Cross-Motion to Amend Their Statement of Disputed Material Facts (*Plaintiffs' Opposition to Motion to Dismiss*) | 7/29/2024 | 109-1 | ER 17-33 |

| | | | |
|---|---|---|---|
| Exhibit 2 to Plaintiffs' Opposition to Defendant's Motion to Strike and – Plaintiffs' Amended Statement of Disputed Material Facts and Undisputed Cross-Motion to Amend Their Statement of Disputed Material Facts – Declaration of John Hillsman in Support of Plaintiffs' Opposition to Defendant's Motion to Strike and Undisputed Cross-Motion to Amend Their Statement of Disputed Material Facts (*Plaintiffs' Opposition to Motion to Dismiss*) | 7/29/2024 | 109-2 | ER 34-36 |
| Exhibit 24 – NTSB Group Chairman's Factual Report (*Plaintiffs' Opposition to Motion to Dismiss*) | 7/29/2024 | 109-3 | ER 37-66 |
| Order re United States' Motion to Strike NTSB Report | 7/23/2024 | 108 | ER 67 |
| United States' Motion to Strike NTSB Report | 7/22/2024 | 107 | ER 68-76 |
| United States' Reply in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Subject Matter Jurisdiction (*Defendant's Reply Re Motion to Dismiss*) | 7/22/2024 | 106 | ER 77-97 |

| | | | |
|---|---|---|---|
| Declaration of Scott Perrygo in Support of Defendant's Reply Brief (*Defendant's Reply Re Motion to Dismiss*) | 7/22/2024 | 106-1 | ER 98-102 |
| Exhibit K - Excerpts of the Supreme Court brief and Joint Appendix Materials from United States v. S.A. Empresa de Viacao Aerea Rio Grandense (Varig Airlines), 467 U.S. 797 (1984) (*Defendant's Reply Re Motion to Dismiss* | 7/22/2024 | 106-2 | ER 103-112 |
| Exhibit L – Excerpts from the deposition of Chief Warrant Officer ("CWO") Daniel Hager, U.S. Coast Guard (*Defendant's Reply re Motion to Dismiss*) | 7/22/2024 | 106-3 | ER 113-117 |

| | | | |
|---|---|---|---|
| Exhibit M - Excerpts from the deposition of Captain Ronald Caputo, U.S. Coast Guard (*Defendant's Reply re Motion to Dismiss*) | 7/22/2024 | 106-4 | ER 118-122 |
| Order Granting Plaintiffs' Application for Leave to File Documents Under Seal (*Plaintiffs' Opposition to Motion to Dismiss*) | 7/9/2024 | 102 | ER 123 |

4

| | | | |
|---|---|---|---|
| Plaintiffs' Statement of Disputed Material Facts (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 101 | ER 124-139 |
| Declaration of Daryl Ebersole (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 99 | ER 140-142 |
| Plaintiffs' Memorandum of Points and Authorities in Opposition to United States' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Subject Matter Jurisdiction [Fed.R.Civ.P. 12(b)(1)] (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98 | ER 143-180 |

| | | | |
|---|---|---|---|
| Declaration of John Hillsman in Support of Opposition to United States' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Subject Matter Jurisdiction [Fed.R.Civ.P. 12(b)(1)] (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-1 | ER 181-190 |
| Exhibit 1 – National Transportation Safety Board Marine Accident Report (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-2 | ER 191-199 |

| | | | |
|---|---|---|---|
| Exhibit 3 – National Transportation Safety Board Group Chairman's Factual Report (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-3 | ER 200-202 |
| Exhibit 4 – Excerpts from Reporter's Transcript of Jury Trial Day 6 – Morning Session in *United States of America v. Jerry Nehl Boylan,* Case No. CR 22-0482. (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-4 | ER 203-212 |

| | | | |
|---|---|---|---|
| Exhibit 5 – Excerpts from Reporter's Transcript of Jury Trial Day 6 – Morning Session in *United States of America v. Jerry Nehl Boylan,* Case No. CR 22-0482. (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7-8-2024 | 98-5 | ER 213-223 |
| Exhibit 6 – Excerpts from Deposition of Commander Stefanie Hodgdon 30(b)(6) United States Coast Guard (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-6 | ER 224-263 |
| Exhibit 7 – Excerpts from Deposition of Inge Courtois (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-7 | ER 264-285 |

| | | | |
|---|---|---|---|
| Exhibit 8 – Invoice from Contract Furniture Company to Truth Aquatics, dated 7/11/2008 (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-8 | ER 286-288 |
| **Volume 3 of 5** | | | |
| Exhibit 9 – U.S. Coast Guard Vessel Inspection Reports for passenger vessel *Conception* (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-9 | ER 290-363 |
| Exhibit 10 – Excerpts of Deposition of U.S. Coast Guard Capt. Robert C. Compher, PMQ for Defendant United States (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-10 | ER 364-376 |
| Exhibit 11 – Excerpts of Deposition of U.S. Coast Guard Chief Warrant Officer Daniel Hager (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-11 | ER 377-397 |

| | | | |
|---|---|---|---|
| Exhibit 12 – National Transportation Safety Board Group Chairman's Factual Report, Survival Factors Group, Sept. 4, 2020 (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-12 | ER 398-442 |
| Exhibit 14 – U.S. Coast Guard Activity Summary Report – Inspection 1/24/2013 Conception (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-13 | ER 443-445 |
| Exhibit 15 – U.S. Coast Guard Activity Summary Report – Inspection 7/19/2013 Conception (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-14 | ER 446-448 |
| Exhibit 17 – Excerpts from Deposition of U.S. Coast Guard Lieutenant Commander Joe Price Larson (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-15 | ER 449-475 |
| Exhibit 18 – National Transportation Safety Board, Group Chairman's Factual Report, Engineering Group, Aug. 18, 2020 (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-16 | ER 476-494 |

| | | | |
|---|---|---|---|
| Exhibit 21 – Certificate of Inspection, Conception, dated 11/19/2014 (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-17 | ER 495-497 |
| Exhibit 22 – Two Photographs of areas of the *Conception* (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-18 | ER 498-500 |

| | | | |
|---|---|---|---|
| Exhibit 23 – Excerpts from National Transportation Safety Board, Group Chairman's Factual Report, Fire and Explosions Group, 5/7/2020 (*Plaintiffs' Opposition to Defendants' Motion to Dismiss*) | 7/8/2024 | 98-19 | ER 501-504 |
| United States' Notice of Errata Re Exhibit H to Declaration of Scott Perrygo Filed in Support of the United States' Motion to Dismiss (*Defendant's Motion to Dismiss*) | 5/15/2024 | 89 | ER 505-509 |
| Exhibit H – Conception Annual Inspection Feb. 13, 2019 (*Defendant's Motion to Dismiss*) | 5/15/2024 | 89-1 | ER 510-516 |

9

| | | | |
|---|---|---|---|
| Defendant's Memorandum of Points & Authorities in Support of the United States' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Subject Matter Jurisdiction (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-1 | ER 517-563 |
| **Volume 4 of 5** | | | |
| Declaration of Scott Perrygo in Support of the United States' Motion to Dismiss (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-2 | ER 565-569 |
| Exhibit A – U.S. Coast Guard Marine Safety Manual Vol. II: Materiel [sic] Inspection (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-3 | ER 570-581 |
| Exhibit B – Excerpts from Deposition of Commander Stefanie Hodgdon (30(b)(b) for U.S. Coast Guard (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-4 | ER 582-602 |
| Exhibit C – Excerpts from Marine Safety Manual Vol. I (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-5 | ER 603-612 |
| Exhibit D – U.S. Coast Guard T-Boat Inspection Book (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-6 | ER 613-615 |

| | | | |
|---|---|---|---|
| Exhibit E – Excerpts from Deposition of U.S. Coast Guard Lieutenant Commander Joe Price Larson (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-7 | ER 616-625 |
| Exhibit F – U.S. Coast Guard Certificate of Inspection, Conception, dated 11/19/2014 (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-8 | ER 626-628 |
| Exhibit G – Excerpts from Deposition of Captain Ronald Caputo – U.S. Coast Guard PMQ (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-9 | ER 629-635 |
| Exhibit I – Excerpts from U.S. Coast Guard Maritime Commerce Stragegic Outlook (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-11 | ER 636-645 |
| Exhibit J – Excerpts from U.S. Coast Guard Strategic Plan (*Defendant's Motion to Dismiss*) | 5/15/2024 | 88-12 | ER 646-653 |

| | | | |
|---|---|---|---|
| Stipulation in Support of Joint Administrative Motion for an Order Granting the United States Leave to File a Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Subject Matter Jurisdiction Pursuant to Fed.R.Civ.P. 12(b)(1) and Order Continuing the Filing Date of Motion | 9/9/2023 | 80-2 | ER 654-662 |
| In Chambers Court Order Regarding Scope of Discovery With Respect to Defendant's Proposed Motion for Summary Judgment as to Discretionary Function | 12/1/2022 | 73 | ER 663 |
| Plaintiffs' Response to Defendant United States of America's Proposal Re: Discovery Relating to Defendant's Claim that Plaintiffs' Claims are Barred by the Discretionary Function Exception | 11/11/2022 | 72 | ER 664-670 |
| United States' Proposal re Discovery | 10/28/2022 | 71 | ER 671-676 |
| In Chambers  - Court Order permitting Defendant to File a Motion for Summary Judgment on Discretionary Function And Ordering Parties to Submit Proposed Discovery Required for the Motion | 10/14/2022 | 70 | ER 677 |

| | | | |
|---|---|---|---|
| Supplemental Joint Rule 26(f) Report | 9/19/2022 | 63 | ER 678-690 |
| Joint Rule 26(f) Report | 8/29/2022 | 58 | ER 691-706 |
| Answer of the United States to the First Amended Complaint for Wrongful Death and Survival Damages under the Suits in Admiralty Act | 7/13/2022 | 53 | ER 707-734 |
| Amended Complaint for Wrongful Death and Survival Damages under the Suits in Admiralty Act | 2/25/2022 | 49 | ER 735-782 |
| Exhibit A to Complaint – Small Passenger Vessel T Checklist | 9/1/2021 | 1-1 | ER 783-786 |
| Notice of Appeal | 8/14/2024 | 112 | ER 787-795 |
| Civil Docket for Case No. 2:21-cv-07065-PA-MRW – United States District Court, Central District of California – *Nancy Fiedler, et al. v. United States of America* | | | ER 796-837 |

| **Volume 5 of 5** | | | |
|---|---|---|---|
| Sealed Declaration in Support of Motion to Seal Unredacted Ex. 2 to Hillsman Decl - Portions of Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") Report regarding *Conception* fire<br><br>*(Plaintiffs' Opposition to Defendants' Motion to Dismiss)* | 7/5/2024 | 96 | ER 839-1036 |