No. 24-5064
_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

NANCY FIEDLER, Personal Representative of
the ESTATE OF LISA FIEDLER, *et al.*,

*Plaintiffs-Appellants*,

v.

UNITED STATES OF AMERICA,

*Defendant-Appellee*.

On Appeal from the United States District Court
for the Central District of California
No. 2:21cv7065 – Hon. Percy Anderson

**UNITED STATES OF AMERICA'S MOTION TO CONTINUE
PROVISIONAL SEAL ON EXCERPT OF RECORD VOLUME 5**

BRETT A. SHUMATE
   *Acting Assistant Attorney General,
   Civil Division*

JOSEPH T. McNALLY
   *Acting United States Attorney*

DAVID M. HARRIS
   *Assistant U.S. Attorney
   Chief, Civil Division*

GERARD SINZDAK
   *Assistant Director, Appellate Staff
   Civil Division*

ERIC KAUFMAN-COHEN
   *Attorney in Charge, West Coast
   Office*
JILL DAHLMANN ROSA
   *Senior Trial Counsel*
SCOTT PERRYGO
   *Trial Attorney*
   U.S. Department of Justice
   Civil Division, Torts Branch
   450 Golden Gate Avenue, 7-5395
   San Francisco, California 94102
   Telephone: (415) 436-6648
   Facsimile: (415) 436-6632
   Eric.Kaufman-Cohen@usdoj.gov
   Jill.Rosa@usdoj.gov
   Scott.Perrygo@usdoj.gov

## MOTION AND RELIEF SOUGHT

Defendant-Appellee United States of America respectfully moves this Court pursuant to Fed. R. App. P. 27 and Ninth Circuit Rule 27-13(g) to continue the seal on the report of the Federal Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") that Plaintiffs-Appellants filed provisionally under seal as Excerpts of Record Volume 5. The report was originally filed under seal in the matter below in order to protect sensitive materials in an ongoing related criminal prosecution. Because these circumstances have not changed, the document should remain under seal here.

Plaintiffs-Appellants oppose this motion.

The report at issue details the ATF's investigation into the fire scene and evidence recovered from the burned vessel. The report contains sensitive law enforcement information relating to the ongoing criminal prosecution of the master of *Conception*, Captain Jerry Boylan, for his criminal negligence in causing the deaths of the victims of the fire. The United States produced the report in discovery in the matter below, subject to a non-disclosure agreement ("NDA"), in order to protect the integrity of the ATF's investigation and the criminal prosecution. Counsel for both parties agreed that this constituted sufficient grounds to seal the document. *See* Pls.' Am. Appl. for Leave to File Documents Under Seal, ECF 95, C.D. Cal. No. 21-cv-7065 (July 5, 2024), at 5 ("the ATF report warrants being

1

filed under seal"). The court below agreed and granted Plaintiffs-Appellants leave to file the report under seal. Order, 2–ER–123 (July 9, 2024).[1]

Captain Boylan has since been convicted of violating 28 U.S.C. § 1115 (seaman's manslaughter) for his role in causing the tragedy. *See United States v. Boylan,* Case No. 2:22-cr-00482-GW (C.D. Cal.). Cross-appeals are now pending in the criminal action, with an extended briefing schedule that stretches until August 2025. *See United States v. Boylan,* Case Nos. 24-3077, 24-3663, 24-6045 (9th Cir.). Public disclosure of the ATF report now could impact the ongoing criminal matter. Disclosure could also prejudice the defendant in that matter, especially if the case is remanded for additional proceedings at the trial court. The reasons for sealing the report originally have not changed, and the report should remain sealed.

WHEREFORE, the United States respectfully requests that Volume 5 of the Excerpts of Record filed provisionally under seal remain sealed to prevent disclosure of sensitive materials in the investigation and criminal prosecution.

DATED:  February 11, 2025

Respectfully submitted,

JOSEPH T. McNALLY<br>
Acting United States Attorney

---

[1] Plaintiffs-Appellants' Excerpt of Record Volume 5 erroneously states that the lower court's order was dated January 9, 2024. *See* 5–ER–839.

2

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

BRETT A. SHUMATE
Acting Assistant Attorney General

GERARD SINZDAK
Assistant Director, Appellate Staff
Civil Division

*/s Jill Rosa*
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
JILL DAHLMANN ROSA
Senior Trial Counsel
SCOTT PERRYGO
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch

Attorneys for United States of America

3

## Certificate of Compliance

**9th Cir. Case Number(s)** <u>24-5064</u>

    I am the attorney or self-represented party.

    **This motion contains** <u>  693  </u> words, including <u>0</u> words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

    I certify that this brief complies with the word limit of Cir. R. 32-1.

**Signature** <u>s/ *Jill Rosa*    </u>   **Date** <u>February 11, 2025 </u>