UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of Lisa Fiedler (Deceased); et al., <br><br> Plaintiffs - Appellants, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant - Appellee. | No. 24-5064 <br><br> D.C. No. 2:21-cv-07065-PA-MRW Central District of California, Los Angeles <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellants filed a notice (Docket Entry No. 26) of intent to file publicly

Volume 5 of the excerpts of record. *See* 9th Cir. R. 27-13(f). Appellee's unopposed

motion (Docket Entry No. 29) to maintain Volume 5 of the excerpts of record

under seal is granted.

The clerk will file publicly the motion to seal (Docket Entry No. 29.1), the

opening brief (Docket Entry No. 25), and Volumes 1 through 4 of the excerpts of

record (Docket Entry No. 27). The clerk will maintain Volume 5 of the excerpts of

record under seal at Docket Entry No. 28.

The existing briefing schedule remains in effect.