No. 24-5064

---

## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

---

NANCY FIEDLER, Personal Representative of
the ESTATE OF LISA FIEDLER, *et al.*,

*Plaintiffs-Appellants*,

v.

UNITED STATES OF AMERICA,

*Defendant-Appellee.*

---

On Appeal from the United States District Court
for the Central District of California
No. 2:21cv7065 – Hon. Percy Anderson

---

## UNITED STATES OF AMERICA'S MOTION
## FOR EXTENSION OF BRIEFING TIME

---

YAAKOV M. ROTH
  *Acting Assistant Attorney General,*
  *Civil Division*

JOSEPH T. McNALLY
  *Acting United States Attorney*

DAVID M. HARRIS
  *Assistant U.S. Attorney*
  *Chief, Civil Division*

GERARD SINZDAK
  *Assistant Director, Appellate Staff*
  *Civil Division*

ERIC KAUFMAN-COHEN
  *Attorney in Charge, West Coast*
  *Office*
JILL DAHLMANN ROSA
  *Senior Trial Counsel*
SCOTT PERRYGO
  *Trial Attorney*
  U.S. Department of Justice
  Civil Division, Torts Branch
  450 Golden Gate Avenue, 7-5395
  San Francisco, California 94102
  Telephone: (415) 436-6648
  Facsimile: (415) 436-6632
  Eric.Kaufman-Cohen@usdoj.gov
  Jill.Rosa@usdoj.gov
  Scott.Perrygo@usdoj.gov

<u>MOTION FOR EXTENSION OF BRIEFING TIME</u>

Pursuant to Circuit Rule 31-2.2(b), and for the reasons set forth in the attached Declaration of Senior Trial Counsel Jill Rosa, the United States moves this Court for a 30-day extension of time in which to file its response brief, from March 24, 2025, up to and including April 23, 2025.

Plaintiffs-Appellants do not oppose this motion.

DATED:  March 11, 2025

Respectfully submitted,

*/s Jill Rosa*_____
ERIC KAUFMAN-COHEN
Attorney in Charge, West Coast Office
JILL DAHLMANN ROSA
Senior Trial Counsel
SCOTT PERRYGO
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Attorneys for United States of America

1

<u>DECLARATION</u>

Jill Rosa hereby states:

1.      That she is a Senior Trial Counsel, U.S. Department of Justice, with primary responsibility for handling the above-captioned appeal;

2.      That the brief of the United States currently is due to be filed on March 24, 2025;

3.      That this is the first extension requested by the United States after the streamlined extension;

4.      That she needs additional time to file the brief because:

    a.      In addition to her normal duties as Senior Trial Counsel, she has other cases that require various pleadings and/or investigative work at the administrative claim stage, including a dispositive motion due April 1, 2025, in the case of *Krick et al. v. Raytheon Co. et al.*, No. 23-cv-8093 (E.D.N.Y.); and

    b.      To allow adequate time for supervisory review; and

    c.      To allow accommodation in light of a possible lapse of appropriations on March 14, 2025.

5.      That she avows that she has exercised diligence in attempting to complete the brief, that the extension is not being sought for the purposes of delay, and that she anticipates the brief will be filed within the time requested;

6.      That opposing counsel has been notified and does not oppose this extension; and

7.      That the court reporter is not in default with regard to any designated transcripts.

Dated this 11th day of March, 2025.

/s Jill Rosa
Jill Dahlmann Rosa
U.S. Department of Justice

## Certificate of Compliance

**9th Cir. Case Number(s)** 24-5064

I am the attorney or self-represented party.

**This motion contains** ___63___ words, including 0 words manually counted in any visual images, and excluding the items exempted by FRAP 32(f). The brief's type size and typeface comply with FRAP 32(a)(5) and (6).

I certify that this motion complies with the word limit of Cir. R. 32-1.

**Signature** s/ *Jill Rosa*          **Date** __March 11, 2025__