# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-5064

**Case Name** Nancy Fiedler, et al v. United States of America

Hearing Location (*city*) San Francisco

Your Name Gretchen Nelson

List the sitting dates for the two sitting months you were asked to review:

October 6 - 10, and 20 - 24, 2025 and November 17-21, 2025

Do you have an unresolvable conflict on any of the above dates? ◯ Yes ● No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ● No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/ Gretchen M. Nelson     **Date** 6/6/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32**                                    *New 12/01/2018*