# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** | 24-5064

**Case Name** | Nancy Fiedler, et al. v. United States of America

**Requesting Party Name(s)** | All Plaintiffs/Appellants

**I am:**  ○ The party requesting the extension.
⦿ Counsel for the party or parties requesting the extension.

**I request an extension of time to file a:**

☒ Brief (*you **must** also complete the Declaration on page 3*)
☐ Motion to proceed in forma pauperis
☐ Motion for a certificate of appealability
☐ Response/opposition to a pending motion
☐ Reply to a response/opposition to a pending motion
☐ Certified Administrative Record
☐ Response to court order dated
☐ Other (*you **must** describe the document*)

**The requested new due date is:** July 28, 2025

**I request the extension of time because (cannot be left blank):**
*(attach additional pages if necessary)*

I am responsible for drafting Appellants' Reply Brief and I have been working diligently to prepare the brief and have spent more than 110 hours to date on this brief. A working draft is in progress but requires further review and editing. While working diligently on this reply brief, I have also been responsible for the drafting of opposition to a motion to dismiss a complex class action suit in the U.S. District Court for District of Columbia, as well as briefs due in the Los Angeles Superior Court . (See Decl. Gretchen Nelson.)

**Signature** | /s/Gretchen M. Nelson   **Date** | 7/7/2025
(use "s/[typed name]" *to sign electronically-filed documents*)

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 14**                                    1                           *New 12/01/2018*

> **Recitals in criminal and immigration cases pursuant to Circuit Rule 27-8**
> *Complete this section for criminal or immigration cases.*

Previous requests for extension of time to file the document, including any request for a Streamlined Extension of Time under Circuit Rule 31-2.2(a) (*select one*):

○ I have **NOT** filed a previous request to extend time to file the document.

○ I have previously requested an extension of time to file the document.

This motion is my [_____] request.
*(Examples: first, second)*

Bail/detention status (*select one*):

○ The defendant is incarcerated. The projected release date is: [_____].

○ The petitioner is detained.

○ The defendant/petitioner in this criminal/immigration case is at liberty.

**Signature** [_____]   **Date** [_____]
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 14**                    2                    *New 12/01/2018*

**Declaration in support of extension to file brief under Circuit Rule 31-2.2(b)**
*Complete this section if you are requesting an extension of time to file a brief.*

1. I request an extension of time to file the `Appellants' Reply` brief.
   *(Examples: opening, answering, reply, first cross-appeal)*

2. The brief's current due date is: `July 14, 2025`

3. The brief's first due date was: `May 14, 2025`

4. A more detailed explanation of why the extension of time to file the brief is necessary: *(Under Circuit Rule 31-2.2(b), a request for extension of time to file a brief must be "supported by a showing of diligence and substantial need" and a conclusory statement as to the press of business does not constitute such a showing. Attach additional pages if necessary.)*

   See attached Declaration of Gretchen Nelson

5. The position of the other party/parties regarding this request is:

   ☒ Unopposed.

   ☐ Opposed by *(name of party/parties opposing this motion):*

   ☐ Unknown. I am unable to verify the position of the other party/parties because:

6. ☒ The court reporter is not in default with regard to any designated transcripts.

   If the court reporter is in default, please explain:

7. ☒ I have exercised diligence and I will file the brief within the time requested.

I declare under penalty of perjury that the foregoing is true and correct.

**Signature** `/s/ Gretchen M. Nelson`   **Date** `7/7/2025`
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*