No. 24-5064

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

NANCY FIEDLER, et al.,

*Plaintiffs-Appellants,*

v.

UNITED STATES OF AMERICA,

*Defendant-Appellee.*

_____

On Appeal from the United States District Court

for the Central District of California

Case No. 2-21-cv-07065-PA-MRW

Hon. Percy Anderson

===========================================

**DECLARATION OF GRETCHEN M. NELSON IN SUPPORT OF APPELLANTS' SECOND FORM 14 MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

===========================================

Gretchen M. Nelson (112566)
NELSON & FRAENKEL LLP
601 So. Figueroa, Suite 2050
Los Angeles, CA 90017
Telephone: (213) 622-6469
Telecopier: (213)-622-6019
gnelson@nflawfirm.com
*One of Counsel for Plaintiffs-Appellants*

1

I, Gretchen M. Nelson, do hereby declare as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of California and this Court. I am one of the attorneys for Plaintiffs/Appellants in this case.

2. This declaration is submitted in support of Plaintiffs/Appellants' motion for an extension of time to file the Reply Brief in this matter. I have personal knowledge of the facts set forth herein and if called to testify, I could and would testify competently.

3. This is an appeal from the granting of a Rule 12(b)(1) motion to dismiss brought by the Defendant/Respondent, United States of America, based on discretionary function immunity in a case brought by one injured crew member and the heirs of thirty-four individuals who died when a dive boat caught fire off the coast of Santa Barbara in 2019.

4. The issues presented are complex factually and legally and require extensive work to draft and finalize a cogent brief that will fully reply to the issues raised by the Respondent's in their brief and to inform this Court of issues including the numerous regulatory and statutory issues presented in this appeal.

2

5.  Plaintiffs/Appellants' filed their Opening Brief in January 2025. Respondent filed its Respondents' Brief on April 23, 2025. Pursuant to the Court's scheduling Order, Appellants' Reply Brief was first due May 14, 2025. We applied for a streamlined 30 day extension and the Reply Brief was then due June 14, 2025. On June 6, 2025, I applied for a further thirty day extension pursuant to Form 14, which request was graciously granted by the Court on June 11, 2025.

6.  I have primary responsibility for drafting and finalizing the Reply Brief and I have been working diligently on the brief. An extensive outline of the arguments presented by the Respondents has been prepared and a working draft of the Reply Brief is in process. Prior to filing the brief, I will circulate it among all counsel for appellants and obtain their comments and modifications which takes additional time. The Excerpts of Record comprise approximately 60 documents. To date I have spent more than 110 hours working on this brief but require additional time to finalize a draft.

7.  Additional time is needed to prepare the Reply Brief because among other things, I was responsible for drafting and filing the opposition to a motion to dismiss in a complex class action pending in

3

the U.S. District Court for the District of Columbia, *Sharon Kaplan, et al. v. Genworth Life Insurance Co., et al.* Case No. 1:25-cv-1165-RBW. The time to file that opposition was extended from June 16, 2025, to July 7, 2025 and it is now final.

8.　I have also had responsibilities with respect to the ongoing prosecution of claims brought in a case pending in the Los Angeles Superior Court styled *Fiedler, et al. v. Truth Aquatics, Inc., et al.*, Lead Case No. 21STCV08121 and a Limitation of Liability action filed by the vessel owner in the U.S. District Court, *In re the Matter of the Complaint Truth Aquatics, Inc.*, U.S.D.C. Central District California Case No. 2:19-cv-07693-PA. Further, I was responsible for drafting and filing all of the necessary papers to obtain final approval of a class action settlement in the Los Angeles Superior Court in *Wedding, et al. v. California Public Employees' Retirement System,* LASC Case No. BC517444, for which the final approval hearing had been set and notice given to the class, obviating any ability to obtain an extension to file the final approval papers.

4

9. The foregoing obligations have required time to prepare pleadings and draft the various documents at the same time as I have been working on the Reply Brief in this appeal.

10. In addition, I have had family responsibilities for my older sister who has a number of medical issues that have necessitated numerous medical appointments within the past few months including surgeries. As a result, I have spent hours with her at various appointments addressing healthcare issues.

11. I am also the managing partner of my firm and thus responsible for financial and other issues relating to the management of the firm. I am a member of the Judicial Council of the State of California and have been appointed to now three working groups, one regarding remote proceedings, the other addressing Artificial Intelligence and the third dealing with issues relating to a state-wide proposition that affects the California courts. In addition to my regular responsibilities on the Judicial Council, participation in these workings groups has required that I prepare for and attend a number of additional meetings.

5

12. It is for the foregoing reasons, that I am requesting additional time to file the Reply Brief. I will continue to work diligently to draft and finalize the brief and respectfully request that the Court grant the requested extension that the Reply Brief be due on July 28, 2025.

13. On June 7, 2025, I contacted Eric Kaufman-Cohen, counsel for the Defendant/Respondent and advised him that I would be making this request. Mr. Kaufman-Cohen informed me that the Defendant/Respondent has no objection to the requested extension.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct.

Executed this 7th day of July, 2025, at Los Angeles, California.

                                                     /s/ *Gretchen M. Nelson*
                                                     Gretchen M. Nelson