

U.S. Department of Justice

Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
Post Office Box 14271
Washington, DC 20044-4271

Telephone (202) 598-9074
Fax (202) 616-4002
Jill.Rosa@usdoj.gov

Overnight Delivery:
175 N Street, NE, 11th Floor
Washington, DC 20002

August 13, 2025

Via ACMS

Deputy Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh St.
San Francisco, CA 94103

    Re: *Fiedler v. United States,* No. 24-5064
    (oral argument scheduled October 24, 2025, 9:00 A.M,
    Courtroom 1, San Francisco CA)

Dear Clerk:

  I am the attorney who will be arguing on behalf of the Appellee in the above-captioned case. I am writing to request an accommodation for the argument.

  I lost my hearing in an illness as an adult and use a cochlear implant to hear. I speak using my own voice, but will need accommodations to understand what is being said during the argument proceedings. To that end, I am requesting for the oral argument a Computer Assisted Real-Time ("CART") interpreter (sometimes called a "captioner" or "captionist"). I emphasize that I am not requesting a sign language interpreter.

  During the proceedings, the CART interpreter will steno-type what is being said by opposing counsel and by the judges, and I will read along from the computer screen. I have used CART interpreting for proceedings in numerous federal courts. I am aware that one of my colleagues at the Department of Justice has used CART interpreting for several arguments in the Ninth Circuit.

  The circuit court's deputy clerk charged with making accommodations arrangements typically finds a CART interpreter by contacting the local district court's court reporter's office. Once such an interpreter is found, I will forward that person words (usually names) that could potentially come up at the argument that I would not expect to

be in the interpreter's CART dictionary. The interpreter and I can also discuss logistics for the day of the argument. So please have the interpreter get in touch with me when he/she can. My email is jill.rosa@usdoj.gov.

In addition, I request that once arrangements are made, you inform the judges on the panel that a CART interpreter will be present to assist me at argument. It is best for all involved if the judges are aware of the interpreter's presence and purpose before the argument. Finally, I have no need to keep a "transcript" of the argument proceedings. The interpreter is welcome to delete any recording on the CART computer once the argument proceedings are concluded. All that matters to me is understanding what is being said at the argument proceedings in real-time.

I also request use of the FM assistive listening system in the courtroom, as it might be helpful, but my experience is that the listening system alone is inadequate for my situation.

If it is possible to test the CART and the FM system earlier in the week, I would appreciate it.

Please do not hesitate to contact me if you have any additional questions. Thank you for your assistance.

    Sincerely,

    */s Jill Rosa*
    Jill Rosa
    Senior Trial Counsel
    U.S. Department of Justice