UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 20 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| NANCY FIEDLER, Personal Representative of the Estate of Lisa Fiedler (Deceased); et al.,<br><br>    Plaintiffs - Appellants,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant - Appellee. | No. 24-5064<br><br>D.C. No. 2:21-cv-07065-PA-MRW<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: CLIFTON, OWENS, and BUMATAY, Circuit Judges.

Judge Owens has voted to deny the petition for rehearing en banc and Judge Bumatay has voted to grant the petition for rehearing en banc. Judge Clifton recommends denying the petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on whether to hear the matter en banc.

The petition for rehearing en banc is DENIED.